# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Thompson Power Corporation, ) | |
| a Tennessee Corporation and ) | |
| a division of Thompson Machinery ) | |
| Commerce Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3-09-0564 |
| ) | JURY DEMAND |
| Millennium Tiles, LLC, an ) | |
| Illinois LLC and Walter Hauk, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that the parties have agreed that this matter should be dismissed with prejudice.

It is, therefore, ORDERED that this matter be and hereby is dismissed with prejudice. The parties shall bear their own costs.

_____
U.S. DISTRICT JUDGE